UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 16-8120 DSF (PLAx) | Date | 1/12/17 |
| Title | Patricio de la Paz v. Ashok Kumar Jayaraman | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order DENYING Motion to Remand (Dkt. No. 11)[1]

    Plaintiff's motion to remand is DENIED.  While the notice of removal contains a technical deficiency – "residency" rather than "citizenship" is alleged – there is no dispute that Plaintiff is a citizen of California and Defendant is a citizen of a foreign state not admitted for permanent residency.  See 28 U.S.C. § 1332(a)(2).  Therefore, the court has diversity jurisdiction.

    IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for January 23, 2017 is removed from the Court's calendar.